# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| Ana Suda and Martha Hernandez <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Customs and Border Protection, CBP Commissioner Kevin K McAleenan, and CBP Agent Paul O'Neal <br><br> *Defendant(s)* | Civil Action No. CV-19-10-GF-BMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alex Rate and Elizabeth Ehret, ACLU of MT Foundation, Inc., P.O. Box 9138
Missoula, MT 59807; Danielle Coffman, Crowley Fleck, PLLP, 1667 Whitefish Stage
Kalispell, MT 59901; Cody Wofsy, ACLU Foundation, IRP, 39 Drumm Street
San Francisco, CA 94111; and Omar C. Jadwat, ACLU Foundation, IRP,125 Broad
Street, 18th Floor.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TYLER P. GILMAN
*CLERK OF COURT*

Date: 2/14/19

*Athena C____*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| Ana Suda and Martha Hernandez<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States Customs and Border Protection, CBP Commissioner Kevin K McAleenan, and CBP Agent Paul O'Neal<br><br>*Defendant(s)* | Civil Action No. CV-19-10-GF-BMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBP Commissioner Kevin K McAleenan
United States Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alex Rate and Elizabeth Ehret, ACLU of MT Foundation, Inc., P.O. Box 9138 Missoula, MT 59807; Danielle Coffman, Crowley Fleck, PLLP, 1667 Whitefish Stage Kalispell, MT 59901; Cody Wofsy, ACLU Foundation, IRP, 39 Drumm Street San Francisco, CA 94111; and Omar C. Jadwat, ACLU Foundation, IRP,125 Broad Street, 18th Floor.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/14/2019



TYLER P. GILMAN
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | ) | |
|---|---|---|
| Ana Suda and Martha Hernandez | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV-19-10-GF-BMM |
| United States Customs and Border Protection, CBP Commissioner Kevin K McAleenan, and CBP Agent Paul O'Neal | ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBP Agent Paul O'Neal
840 11th Street
Havre, MT 59501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alex Rate and Elizabeth Ehret, ACLU of MT Foundation, Inc., P.O. Box 9138 Missoula, MT 59807; Danielle Coffman, Crowley Fleck, PLLP, 1667 Whitefish Stage Kalispell, MT 59901; Cody Wofsy, ACLU Foundation, IRP, 39 Drumm Street San Francisco, CA 94111; and Omar C. Jadwat, ACLU Foundation, IRP,125 Broad Street, 18th Floor.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TYLER P. GILMAN
*CLERK OF COURT*

Date: 2/14/2019



*Signature of Clerk or Deputy Clerk*