Cody Wofsy*
American Civil Liberties Union Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Omar C. Jadwat*
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org

Alex Rate
Elizabeth Ehret
American Civil Liberties Union of Montana Foundation, Inc.
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 203-3375
ratea@aclumontana.org
ehrete@aclumontana.org

Danielle Coffman
Crowley Fleck, PLLP
1667 Whitefish Stage
Kalispell, MT 59901
Telephone: (406)752-6644
dcoffman@crowleyfleck.com

**Pro Hac Vice Forthcoming*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

ANA SUDA and MARTHA HERNANDEZ,

*Plaintiffs*,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities.

*Defendants*.

Civil Action No. CV-19-10-GF-BMM

**MOTION FOR *PRO HAC VICE* ADMISSION OF OMAR C. JADWAT**

Plaintiffs, through counsel of record, respectfully move the Court for an Order permitting Omar C. Jadwat, of the American Civil Liberties Union Foundation, Immigrants' Rights Project, to join Alex Rate and Elizabeth K. Ehret, ACLU of Montana Foundation, and Danielle Coffman, Crowley Fleck, PLLP, as co-counsel in the above-entitled matter. The declaration of Mr. Jadwat is attached as Exhibit A.

Mr. Jadwat has complied with rules governing *pro hac vice* appearance. Mr. Jadwat is currently in good standing in the jurisdictions he is admitted in.

Mr. Jadwat can be reached through the following contact information:

Omar C. Jadwat*
American Civil Liberties
Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org

In connection with this motion, the undersigned represents that he is admitted to practice in Montana, is a resident of Montana, is familiar with Rules 83.1 (d) and 83.2 of the Local Rules of Procedure of the United States District Court for the District of Montana, and is prepared to comply with said rules in all respects.

For the foregoing reasons, Plaintiffs respectfully request that the Court GRANT their Motion for *pro hac vice* admission of Omar C. Jadwat in the above entitled case. A proposed order is attached.

Respectfully submitted this 15th day of February, 2019.

/s/ *Alex Rate*

Alex Rate
AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, Inc.
P.O. Box 9138
Missoula, MT 59807

*Counsel for plaintiffs*