Cody Wofsy*
American Civil Liberties Union Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Omar C. Jadwat*
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org

Alex Rate
Elizabeth K. Ehret
American Civil Liberties Union of Montana Foundation, Inc.
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 203-3375
ratea@aclumontana.org
ehrete@aclumontana.org

Danielle Coffman
Crowley Fleck, PLLP
1667 Whitefish Stage
Kalispell, MT 59901
Telephone: (406)752-6644
dcoffman@crowleyfleck.com

*Pro Hac Vice Forthcoming

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ,<br><br>               *Plaintiffs*,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities.<br><br>               *Defendants*. | Civil Action No. 4:19-cv-00010-BMM<br><br>**DECLARATION UNDER PENALTY OF PERJURY OF OMAR C. JADWAT** |

I, Omar C. Jadwat, pursuant to Local Rule 83.1(d)(3) of the United States District Court for the District of Montana, hereby make the following declaration in support of the attached Motion for Admission Pro Hac Vice in the above referenced case.

1. I am counsel for the plaintiffs and have thorough knowledge of the issues in this matter.

2. I reside in the state of New York and I am the Director of the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is:

   Omar Jadwat
   ACLU Immigrants' Rights Project
   125 Broad Street, 18th Floor
   New York, NY 10004
   (212) 549-2660
   ojadwat@aclu.org

3. I was admitted to the State Bar of New York (Bar No. 4118170) on February 3, 2003 and remain in good standing in every jurisdiction in which I am admitted to practice.

4. I am proficient in electronic filing in other federal district courts, including the United States District Court for the Eastern and Southern Districts of New York.

5. I am admitted to practice before the U.S. District Courts for the Southern District of New York (admitted 2003), Eastern District of New York

(2017), and the District of Colorado (2010); the U.S. Courts of Appeals for the First (2014), Second (2005), Third (2007), Fourth (2012), Fifth (2005), Eighth (2008), Ninth (2008), and Eleventh Circuits (2011), and the U.S. Supreme Court (2010).

6. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

8. I have neither concurrently nor within the two years preceding the date of this application made any *pro hac vice* application to this Court.

9. I fully understand that my *pro hac vice* admission in this court is personal to me only and that I will not be held fully accountable for the conduct of the litigation in this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2019.

_____
Omar C. Jadwat