UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities.<br><br>*Defendants*. | Civil Action No. CV-19-10-GF-BMM<br><br>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF OMAR JADWAT |

Plaintiffs move for the admission of Mr. Jadwat to practice before this Court in this case *pro hac vice* with Alex Rate, Elizabeth K. Ehret and Danielle Coffman to act as local counsel. Mr. Jadwat's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED the motion to admit Omar Jadwat is granted on the condition that Mr. Jadwat do his own work. This means he must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally. Counsel shall remain mindful of the requirements of Local Rule 83 as nothing in this Order abrogates those duties.

DATED the ___ of February, 2019.

                                                                                                _____
                                                                                                U.S. District Court Judge