Cody Wofsy*
American Civil Liberties Union
Foundation, Immigrants' Rights
Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Omar C. Jadwat*
American Civil Liberties Union
Foundation, Immigrants' Rights
Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org

Alex Rate
Elizabeth K. Ehret
American Civil Liberties Union of
Montana Foundation, Inc.
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 203-3375
ratea@aclumontana.org
ehrete@aclumontana.org

Danielle Coffman
Crowley Fleck, PLLP
1667 Whitefish Stage
Kalispell, MT 59901
Telephone: (406)752-6644
dcoffman@crowleyfleck.com

*Pro Hac Vice Forthcoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities. <br><br> Defendants. | Civil Action No. 4:19-cv-00010-BMM <br><br> **DECLARATION UNDER PENALTY OF PERJURY OF CODY H. WOFSY** |

I, Cody H. Wofsy, pursuant to Local Rule 83.1(d)(3) of the United States District Court for the District of Montana, hereby make the following declaration in support of the attached Motion for Admission Pro Hac Vice in the above referenced case.

1. I am counsel for the plaintiffs and have thorough knowledge of the issues in this matter.

2. I reside in the state of California and I am a Staff Attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office address is:

   Cody Wofsy
   ACLU Immigrants' Rights Project
   39 Drumm St
   San Francisco, CA 94111
   (415) 343-0770
   cwofsy@aclu.org

3. I was admitted to the State Bar of California (Bar No. 294179) on December 8th, 2013 and remain in good standing in every jurisdiction in which I am admitted to practice.

4. I am proficient in electronic filing in other federal district courts, including the United States District Court for the Northern and Southern Districts of California.

5. I am admitted to practice before the U.S. District for the Northern District of California (admitted 2016), U.S. District for the Central District of

California (2017), U.S. District for the Eastern District of California (2018), U.S. District for the Southern District of California (2018), U.S. Court of Appeals for the Second (2017), Third (2016), Fourth (2017), Fifth (2017), Sixth (2018), and Ninth Circuits (2016), and the U.S. Supreme Court (2017).

6. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

8. I have neither concurrently nor within the two years preceding the date of this application made any *pro hac vice* application to this Court.

9. I fully understand that my *pro hac vice* admission in this court is personal to me only and that I will not be held fully accountable for the conduct of the litigation in this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2019.

*/s/ Cody H. Wofsy*
Cody H. Wofsy

MOTION FOR PRO HAC VICE ADMISSION -3