# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ, *Plaintiffs*, v. UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities, *Defendants*. | CV-19-10-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Omar C. Jadwat, Esq. and Cody Wofsy, Esq. to appear *pro hac vice* in this case with Alexander H. Rate of the American Civil Liberties Union of Montana, designated as local counsel. The applications of Mr. Jadwat and Mr. Wofsy appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Mr. Jadwat and Mr. Wofsy appear on its behalf, (Docs. 4 and 5) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Jadwat and Mr. Wofsy must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Jadwat and Mr. Wofsy.

**IT IS FURTHER ORDERED** that each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 4th day of March, 2019.

_____
Brian Morris
United States District Court Judge