Cody Wofsy*
American Civil Liberties Union Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774
cwofsy@aclu.org

Omar C. Jadwat*
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600
ojadwat@aclu.org

Alex Rate
Elizabeth K. Ehret
American Civil Liberties Union of Montana Foundation, Inc.
P.O. Box 1968
Missoula, MT 59806
Telephone: (406) 204-0287
ratea@aclumontana.org
ehrete@aclumontana.org

Danielle Coffman
Crowley Fleck, PLLP
1667 Whitefish Stage
Kalispell, MT  59901
Telephone:  (406)752-6644
dcoffman@crowleyfleck.com

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ,<br>         *Plaintiffs*,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEAL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities.<br><br>         *Defendants*. | Civil Action No. CV-19-10-GF-BMM<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF PHONE NUMBER** |

Notice is hereby given to the Court that the Plaintiffs' counsel of record, Alex Rate and Elizabeth K. Ehret, have a change of phone number: (406) 204-0287.

The contact information for all other Plaintiffs' counsel remains the same.

This change is effective immediately.

Respectfully submitted this 30th day of May, 2019.

/s/ *Alex Rate*

Alex Rate
AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, Inc.
P.O. Box 1968
Missoula, MT 59806

*Counsel for Plaintiffs*

PLAINTIFFS' NOTICE OF CHANGE OF PHONE NUMBER -2

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served via ECF on May 30, 2019, and directed to the following:

VICTORIA L. FRANCIS
Assistant U.S. Attorney
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-6101
FAX: (406) 657-6058
Email: victoria.francis@usdoj.gov

CHAD C. SPRAKER
Assistant U.S. Attorney
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: chad.spraker@usdoj.gov

CORY R. LAIRD
LANCE P. JASPER
Reep, Bell, Laird and Jasper, P.C.
P.O. Box 16960, 2955 Stockyard Road
Missoula, Montana 59808
Phone: (406) 541-4100
FAX: (406) 541-4101
laird@westernmontanalaw.com
jasper@westernmontanalaw.com

/s/ Alex Rate
ACLU of Montana

*Counsel for Plaintiffs*