Cory R. Laird
Lance P. Jasper
REEP, BELL, LAIRD & JASPER, P.C.
P.O. Box 16960
2955 Stockyard Road
Missoula, Montana 59808-6960
Telephone: (406) 541-4100
Facsimile: (406) 541-4101
Email: jasper@westernmontanalaw.com
Email: laird@westernmontanalaw.com

Attorneys for Defendant Paul O'Neill in his individual capacity

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ, | CV-19-10-GF-BMM |
| Plaintiffs, | |
| v. | **DEFENDANT CBP AGENT PAUL O'NEILL'S REPLY BRIEF IN SUPPORT OF 12(b)(6) MOTION TO PARTIALLY DISMISS PLAINTIFFS' COMPLAINT** |
| UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP COMMISSIONER KEVIN K. MCALEENAN, in his official capacity; CBP AGENT PAUL O'NEILL, in his individual and official capacities; and JOHN DOES 1-25, in their individual and official capacities, | |
| Defendants. | |

COMES NOW, Defendant Paul O'Neill ("Mr. O'Neill"), by and through his attorneys of record, Reep, Bell, Laird & Jasper, P.C., and pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure respectfully submits his

reply brief in support of his motion to partially dismiss the Plaintiffs' Complaint.

**ARGUMENT**

Mr. O'Neill, in his individual capacity, has moved this Court for an order dismissing the Plaintiffs' claims against him for declaratory and injunctive relief. In response, the Plaintiffs state they "have not sought such relief against Defendant O'Neill in his individual capacity, only in his official capacity" and "[t]o the extent the Complaint might be read to include such prospective claims against him individually" they "have no objection to the dismissal of those claims only as to Defendant O'Neill in his individual capacity." Doc. 40 at 3. Therefore, Mr. O'Neill's partial motion to dismiss should be granted, and the claims for declaratory and injunctive relief against him should be dismissed.

To ensure the record is clear, Mr. O'Neill must address the contention made in Plaintiffs' response brief that he "does not contest that Plaintiffs' constitutional rights were violated." *Id.* at 2. This is a gross mischaracterization of Mr. O'Neill's position. In his opening brief, Mr. O'Neill specifically states "[f]or the purposes of this motion, Mr. O'Neill takes the Plaintiff's Complaint *as alleged*, withholding any position on the veracity of the allegations contained therein." Doc. 31 at 3:6–8 (emphasis

original).  Mr. O'Neill has applied the legal standard for Rule 12(b)(6) motions, which is to take the allegations of the complaint as alleged and assert grounds for dismissal even if they were true.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  <u>Mr. O'Neill does not concede or admit that a violation of the Plaintiffs' constitutional rights occurred.</u>

To the extent the Plaintiffs are attempting to argue for a tacit admission to the allegations contained in their complaint, Mr. O'Neill makes no such admission, expressly or impliedly.

## **CONCLUSION**

Based on the Plaintiffs own statements, Mr. O'Neill's partial motion to dismiss should be granted.

DATED this 18th day of July, 2019.

                    REEP, BELL, LAIRD & JASPER, P.C.

                    By: /s/ Cory R. Laird
                        Attorneys for Defendant Paul O'Neill

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following persons by the following means:

 1-6  CM-ECF
 ____ Hand Delivery
 ____ Mail
 ____ Overnight Delivery Service
 ____ Fax
 ____ E-Mail

1. Clerk, United States District Court for the District of Montana.

2. Alex Rate
   Elizabeth Ehret
   American Civil Liberties Union of Montana Foundation, Inc.
   P.O. Box1968
   Missoula, Montana 59806
   ratea@aclumontana.org
   ehrete@aclumontana.org

3. Danielle Coffman
   Crowley Fleck, PLLP
   1667 Whitefish State
   Kalispell, Montana 59901
   dcoffman@crowleyfleck.com

4. Cody Wofsy
   America Civil Liberties Union Foundation, Immigrants' Rights Project
   39 Drumm Street
   San Francisco, California 94111
   cwofsy@aclu.org

5. Omar C. Jadwat
   American Civil Liberties Union Foundation, Immigrants' Rights Project
   125 Broad Street, 18th Floor
   New York, New York 10004
   ojadwat@aclu.org

6. Victoria L. Francis
   Assistant U.S. Attorney
   U.S. Attorney's Office
   2601 2nd Avenue, North, Suite 3200
   Billings, Montana 59101
   victoria.francis@usdoj.gov

7. Chad C. Spraker
   Assistant U.S. Attorneys
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, Montana 59626
   chad.spraker@usdoj.gov

DATED this 18th day of July, 2019.

                             REEP, BELL, LAIRD & JASPER, P.C.

                             By: /s/ Cory R. Laird
                                  Attorneys for Defendant Paul O'Neill

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies this Brief complies with LR 7.1(d)(2)(B). This reply brief contains 339 words, excluding the caption, Certificate of Service and the Certificate of Compliance. The word count function in the word processing software used to prepare this reply brief was relied upon for this calculation.

By: /s/ Cory R. Laird
Attorneys for Defendant Paul O'Neill