IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANA SUDA and MARTHA HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, et al., <br><br> Defendants. | CV-19-10-GF-BMM <br><br><br> **ORDER** |

Plaintiffs have moved for admission of Julie Veroff (Ms. Veroff), (Doc.71), to practice before this Court in this case with Alex Rate, ACLU of Montana Foundation, to act as local counsel. Ms. Veroff's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Ms. Veroff to appear on their behalf (Doc. 71) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Rate, will be designated as lead counsel or as co-lead counsel with Ms. Veroff. Ms. Veroff must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Rate, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Veroff, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Veroff.

DATED this 17th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court